IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THORNE THOMAS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CO1 NEWMAN; CO1 BECKER; SGT. YOUNG; CO1 WILLIAMS; DEPARTMENT OF CORRECTIONS OPERATION OF POPULATION MANAGEMENT, *SCI Houtzdale*; SCI HOUTZDALE INFIRMARY; SCI HOUTZDALE MAILROOM; SCI BENNER TRANSFERRING SGT; CO1 HUMMEL; SCI HOUTZDALE; *and* DEPARTMENT OF CORRECTIONS,<br><br>        Defendants. | 2:21-cv-272 |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is Magistrate Judge Maureen P. Kelly's Report & Recommendation (ECF 48) recommending that Plaintiff Thorne Thomas's complaint be dismissed with prejudice for failure to prosecute. Having reviewed the Report & Recommendation and the record in this case for clear error, and having considered that no objections to the Report & Recommendation were filed, the Court finds no clear error on the face of the record.

It is **ORDERED** that Plaintiff Thorne Thomas's complaint is dismissed with prejudice for failure to prosecute, consistent with the Report & Recommendation.

- 2 -

DATED this 11th day of March, 2024.

                BY THE COURT:

                /s/ *J. Nicholas Ranjan*
                United States District Judge

cc:

Thorne Thomas
6330 Greenway Avenue
Philadelphia, PA 19142